## No. 23-1994

In the

# United States Court of Appeals

## For the Fourth Circuit

———————

DANA WILCOX,

*Plaintiff-Appellant,*

v.

HONORABLE RAE OLIVER DAVIS, *et al.*,

*Defendants-Appellees.*

———————

On Appeal from the United States District Court
for the Eastern District of Virginia at Alexandria
Case 1:22-cv-01240-PTG-JFA

———————

**INFORMAL RESPONSE BRIEF OF APPELLEES JULIA BRAITHWAITE, JACQUELINE JOYSTON-BECHAL, AND ANTHONY R. MANCUSO**

———————

COME NOW Appellees Julia Braithwaite, Jacqueline Joyston-Bechal, and Anthony R. Mancuso (collectively, the "BNY Mellon Defendants"), current and former employees of the Bank of New York Mellon, by counsel, and submit the following informal brief in opposition to the appeal filed by *pro se* Plaintiff-Appellant Dana V. Wilcox ("Wilcox").

1

For the reasons argued in the proceeding below, the District Court's dismissal with prejudice of all claims against the BNY Mellon Defendants should be affirmed. The opening brief submitted by Wilcox shows no basis for reversal, and indeed, does not address the Court's ruling as to the BNY Mellon Defendants in any meaningful way.

This civil action arises from an alleged investment scheme involving the purchase of Ginnie Mae securities in the 1980s. *See generally*, Complaint, ECF No. 1; Memorandum Opinion, ECF No. 32, at 3. Over thirty years later, in 2022, Wilcox brought suit against the BNY Mellon Defendants, bank employees with whom he had communicated, along with several federal officials, including the Inspector General of the Department of Housing and Urban Development, and the President and Director of Operations for Ginnie Mae (the "Federal Defendants"). *Id.* at 2. Vaguely alleging violations of various securities laws and the Racketeer Influenced and Corrupt Organizations Act of 1970 ("RICO"), Wilcox sought damages in the amount of $854,384,134.80. *Id.* at 3.

The District Court determined that Plaintiff's claims against the Federal Defendants failed because none of the causes of action supported a waiver of sovereign immunity. *See* Memorandum Opinion, ECF No. 32, at 4-6. The District Court likewise dismissed Plaintiff's claims against the BNY Mellon Defendants, finding that Wilcox's claims are "barred by a permanent injunction issued by the

2

U.S. District Court for the Northern District of Ohio" in which Wilcox was identified by name. *Id.* at 6. That injunction was the result of years of litigation related to a fraud scheme in which BNY Mellon was a victim. *Id.* Noting that "Plaintiff's requested relief . . . is based on transactions and alleged claims to funds that were at the heart of prior legal proceedings," the District Court held that "permitting Plaintiff to proceed with this action against BNY Mellon Defendants would stand in direct conflict with a valid injunction issued by a coordinate federal court" and would "condone Plaintiff's continual violation of a federal injunction, which is against public interest." *Id.* at 9.

Wilcox's opening brief does not address the basis for the District Court's dismissal of claims against the BNY Mellon Defendants. Instead, he repeats his allegations from the lower proceeding and rehashes several misguided arguments about jurisdiction and discovery. Because Wilcox's opening brief provides no basis for reversal or reconsideration, this Court should summarily affirm the District Court's August 28, 2023 Order dismissing this civil action with prejudice.

Dated: October 27, 2023          Respectfully submitted,

                                 */s/ Kathryn M. Barber*
                                 Kathryn M. Barber
                                 Juliet B. Clark
                                 McGuireWoods LLP
                                 Gateway Plaza
                                 800 East Canal Street

3

Richmond, VA 23219
T: (804) 775-1134
F: (804) 698-2168
kbarber@mcguirewoods.com
jbclark@mcguirewoods.com

*Counsel for Defendants-Appellees Julia Braithwaite, Jacqueline Joyston-Bechal and Anthony R. Mancuso*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Dana V. Wilcox
517 Neely Store Road
Rock Hill, SC 29730
*Pro Se Plaintiff-Appellant*

/s/ Kathryn M. Barber
Kathryn M. Barber

*Counsel for Defendants-Appellees Julia Braithwaite, Jacqueline Joyston-Bechal and Anthony R. Mancuso*